UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LARRIANTE' SUMBRY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CV-164 RM |
| ) | |
| INDIANA DEPARTMENT ) | |
| OF CORRECTION, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Larriante' Sumbry, a *pro se* prisoner, mailed a complaint to the United States District Court for the Eastern District of Virginia. That court transferred the case to this district.

The Seventh Circuit has ordered that he is "barred from filing any civil action in the district courts until [he] settle[s] [his] debts to the federal judicial system." Sumbry v. Davis, No. 03-2937 (7th Cir. March 30, 2004). Sumbry has not settled his debts, therefore this case is **DISMISSED**.

SO ORDERED.

ENTERED: April  12 , 2007

 /s/ Robert L. Miller, Jr. 
Chief Judge
United States District Court